18686. GEORGIA POWER & LIGHT COMPANY *v.* GEORGIA PUBLIC SERVICE COMMISSION *et al.*

HAWKINS, Justice. This is a companion case to that of *Georgia Power Company* v. *Georgia Public Service Commission,* ante, and the rulings there made are controlling here.

*Judgment reversed. All the Justices concur.*

ARGUED SEPTEMBER 16, 1954—DECIDED NOVEMBER 8, 1954—REHEARING DENIED DECEMBER 2, 1954.

Bennett, Pedrick & Bennett, T. Guy Connell, Larry Pedrick, Powell, Goldstein, Frazer & Murphy, K. E. Fenderson, for plaintiff in error.

Eugene Cook, Attorney-General, Dudley Cook, contra.

Arnall, Golden & Gregory, C. E. Gregory, Jr., Robert D. Tisinger, for party at interest not party to record.